UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HALEA WILLIAMS,

   Plaintiff,

-vs-                                     CASE NO.: 1:19-CV-861-LY

USAA FEDERAL SAVINGS BANK

   Defendant.

_____/

## NOTICE OF SETTLEMENT AS TO USAA FEDERAL SAVINGS BANK

      Plaintiff respectfully submits this Notice of Settlement to inform the Court as follows:

1. Plaintiff and Defendant USAA FEDERAL SAVINGS BANK have reached an Agreement in principle and are in the process of finalizing a confidential settlement agreement.

2. Plaintiff will file a Dismissal once the terms of the settlement agreement have been completed.

3. Accordingly, the parties request excusals from any upcoming filing or appearances requirements.

Dated: April 8, 2020

Respectfully Submitted,

*/s/Frank H. Kerney, III, Esquire*
Frank H. Kerney, III, Esquire
Florida Bar #: 88672
Morgan & Morgan, Tampa, P.A.
201 North Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile:  (813) 223-5402
fkerney@forthepeople.com
mmartinez@forthepeople.com
*Counsel for Plaintiff*