# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

HALEA WILLIAMS,

   Plaintiff,

CASE NO.: 1:19-CV-861-LY

-vs-

USAA FEDERAL SAVINGS BANK

   Defendant

                                         /

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Halea Williams, and the Defendant, USAA Federal Savings Bank, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 29th day of April, 2020.

| | |
|---|---|
| /s/Frank H. Kerney, III, Esquire | */s/ Theodore C Schultz* |
| Frank H. Kerney, III, Esquire | Theodore C. Schultz |
| Florida Bar #: 88672 | State Bar No. 00797393 |
| Morgan & Morgan, Tampa, P.A. | One Riverwalk Place |
| 201 North Franklin Street, 7th Floor | 700 N. St. Mary's Street, Suite 1700 |
| Tampa, FL 33602 | San Antonio, Texas 78205 |
| Telephone: (813) 223-5505 | Telephone: (210) 227-2200 |
| fkerney@forthepeople.com | Facsimile: (210) 227-4602 |
| mmartinez@forthepeople.com | Email: Tschultz@lstlaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |