IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION



2020 APR 29 PM 3:21

| HALEA WILLIAMS, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:19-CV-861-LY |
| | § | |
| USAA FEDERAL SAVINGS BANK, | § | |
| DEFENDANT. | § | |

## FINAL JUDGMENT

Before the court is the above entitled cause of action. On April 29, 2020, the parties filed a Joint Stipulation of Dismissal with Prejudice (Doc. #46), which the court has reviewed and now approves. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case hereby **CLOSED**.

SIGNED this ___29th___ day of April, 2020.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE